IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01541-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

SHARON ALLEN, M.D.,
LENARDT ABEL, M.D.,
RICHARD POUNDS, M.D.,
PEGGY HICKS, Psychologist,
SANDY SHERMAN, R.N.,
ANGELICA LAMAR, L.P.N.,
ROBIN PALMER, R.N.,
MARY ANN SCARPINO, P.A.,
SUPERINTENDENT JOHN DEQUARDO, M.D., and
COLO. MENTAL HEALTH INST. OF PUEBLO, State of Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions for extension of time filed on August 25, 2008, are granted to the extent Plaintiff seeks an extension of time to cure the remaining deficiency in this action. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the remaining deficiency by providing the court with a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint as required pursuant to 28 U.S.C. § 1915(a)(2). Plaintiff's "Petition/Motion for Crim. Complaint Civil Complaint According to Fed. Rules Crim. P. 32 . . ." filed on August 19, 2008, is DENIED because it is not clear what Plaintiff is requesting.

Dated: August 26, 2008

Copies of this Minute Order mailed on August 26, 2008, to the following:

William Maunz
Cambridge Apts.
1230 Bellaire
Denver, CO 80246

                                        Secretary/Deputy Clerk