IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01541-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

SHARON ALLEN, M.D.,
LENARDT ABEL, M.D.,
RICHARD POUNDS, M.D.,
PEGGY HICKS, Psychologist,
SANDY SHERMAN, R.N.,
ANGELICA LAMAR, L.P.N.,
ROBIN PALMER, R.N.,
MARY ANN SCARPINO, P.A.,
SUPERINTENDENT JOHN DEQUARDO, M.D., and
COLO. MENTAL HEALTH INST. OF PUEBLO, State of Colorado,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff William Maunz initiated this action by filing *pro se* a "Petition/Motion for Civil Complaint Against Defendants and 28 U.S.C. § 1915." In an order filed on July 23, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file a Prisoner Complaint on the proper form and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 30, 2008, Mr. Maunz filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On August 25, 2008, Mr. Maunz filed a Prisoner Complaint, another Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and two motions for an extension of time. On August 26, 2008, Magistrate Judge Boland granted the motions for an extension of time and directed Mr. Maunz to cure the remaining deficiency within thirty days by providing a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as required pursuant to § 1915(a)(2) and as specified on the form motion itself. On September 9, 2008, Mr. Maunz filed another motion for an extension of time. On September 10, 2008, Magistrate Judge Boland entered a minute order granting the September 9 motion for an extension of time and again directed Mr. Maunz to cure the remaining deficiency within thirty days by providing a certified copy of his inmate trust fund account statement. On October 15, 2008, Mr. Maunz filed a "Motion to Stay of [sic] Proceedings According to Fed. R. Civil P. Rule 32, F. Rules Crim. P. 64, Colo. Revised Statutes." Mr. Maunz apparently seeks a stay in order to subpoena medical records. Mr. Maunz does not address the remaining deficiency in this action in the motion to stay proceedings.

Mr. Maunz has failed within the time allowed to cure the remaining deficiency in this action. He has not submitted a certified copy of his inmate trust fund account statement as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on July 30, 2008, and August 25, 2008, and the motion to stay proceedings filed on October 15, 2008, are denied as moot.

DATED at Denver, Colorado, this 23 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01541-BNB

William Maunz
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/24/08

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                    Deputy Clerk