IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01541-ZLW

WILLIAM MAUNZ,

    Plaintiff,

v.

SHARON ALLEN, M.D.,
LENARDT ABEL, M.D.,
RICHARD POUNDS, M.D.,
PEGGY HICKS, Psychologist,
SANDY SHERMAN, R.N.,
ANGELICA LAMAR, L.P.N.,
ROBIN PALMER, R.N.,
MARY ANN SCARPINO, P.A.,
SUPERINTENDENT JOHN DEQUARDO, M.D., and
COLO. MENTAL HEALTH INST. OF PUEBLO, State of Colorado,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 4 2009

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to 'Order' Court Transcripts from Court Rm. 23 Denver District Ct. Clerk of the Court's 'Subpoena'" filed on April 23, 2009, is DENIED as moot because this action is closed.

Dated: April 24, 2009

Copies of this Minute Order mailed on April 24, 2009, to the following:

William Maunz
Denver County Jail
P.O. Box 1108
Denver, CO 80201

                      Secretary/Deputy Clerk